NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1504

### I4I LIMITED PARTNERSHIP
and INFRASTRUCTURES FOR INFORMATION, INC.,

Plaintiffs-Appellees,

v.

### MICROSOFT CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-113, Judge Leonard Davis.

ON MOTION

Before PROST, <u>Circuit Judge</u>.

## O R D E R

Upon review of the court's August 19, 2009 order expediting the briefing schedule,

IT IS ORDERED THAT:

The briefing schedule is revised to the extent that the brief of i4i Limited Partnership et al. is due on September 8, 2009, and Microsoft's reply brief and the joint appendix must be served and received by the court no later than noon on September 14, 2009.

FOR THE COURT

AUG 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Matthew D. Powers, Esq.
      Donald R. Dunner, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2009

JAN HORBALY
CLERK